UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: )
)
**JOHN CHOI,** ) Case No.: 6:10-BK-06760-ABB
) Chapter 11
**Debtor.** )
)
)
)

## NOTICE OF APPEARANCE

COMES NOW, Timothy S. Laffredi, and gives notice of his appearance on behalf of Donald F. Walton, United States Trustee for Region 21, for purposes of CM/ECF.

DATED: May 27, 2010     RESPECTFULLY SUBMITTED,

DONALD F. WALTON
UNITED STATES TRUSTEE
REGION 21

*/s/ Timothy S. Laffredi*
Timothy S. Laffredi, Trial Attorney
Wisconsin Bar No.: 1055133
Office of the United States Trustee
U.S. Department of Justice
135 W. Central Blvd., Suite 620
Orlando, FL 32801
Telephone No.: (407) 648-6301, Ext. 130
Facsimile No.: (407) 648-6323
timothy.s.laffredi@usdoj.gov