UNITED STATES BANKRUPTCY COUNT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re

Case No. 6:10-bk-06760-ABB
Chapter 11

John Choi
5054 Latrobe Drive
Windermere, FL 34786

    Debtor
_____/

## DEBTOR'S CHAPTER 11 CASE MANAGEMENT SUMMARY

John Choi (the "Debtor"), by and through his undersigned attorney, hereby files his Chapter 11 Case Management Summary (the "Summary") pursuant to Administrative Order ORL-2005-1, and in support of the Summary, the Debtor represents as follows:

### Introduction

On April 22, 2010 the Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code (the "Bankruptcy Code"). Subsequently, on May 13, 2010 the Debtor filed a motion to convert from Chapter 13 to Chapter 11, which motion was granted by the honorable Arthur B. Briskman, United States Bankruptcy Judge, in his Order of Conversion from Chapter 13 to Chapter 11, dated May 20, 2010.

### Case Management Items

**I.**     **Description of the Debtor's Business**

The Debtor is an individual debtor seeking relief under Chapter 11 of the Bankruptcy Code pursuant to 11 U.S.C. § 104(b) because his noncontingent, liquidated, secured debt is in excess of the amounts contained therein, as periodically adjusted. Specifically, the Debtor's secured debts total $3,953,019.00, while his unsecured debts total $1,125,085.00.

The Debtor's primary source of income is derived from his medical practice through which he practices as plastic surgeon. The Debtor is a board-certified plastic surgeon who, because of the current recession, has seen the gross income of his practice decline from

approximately $4,000,000.00 to an estimated $1,200,000.00 for the up-coming fiscal year. In addition to the decline in revenue in his profession practice, a corporation wholly owned by the Debtor invested $6,000,000.00 in a downtown Orlando office building, whose value has declined to approximately $2,500,000.00. In addition to the dramatic decrease in value of this asset, lack of capital to complete necessary improvements has prevented this asset from producing any income. The Internal Revenue Service has levied the Debtor for past due taxes, penalties and interest in the amount of approximately $1,300,000.00, although the extent of the actual deficiency is still under consideration.

### II. Location of the Debtor's Operations and Whether Leased or Owned

The Debtor resides at 5054 Latrobe Drive, Windermere, Florida. The Debtor is the sole owner of Advanced Aesthetics, P.A., which owns and operates the medical practice. Advanced Aesthetics rents its office space from Xanders, LLC. The downtown office building is owned by Alexander the Great, LLC, which is wholly owned by Debtor. The Debtor is also the member of DOJD, LLC, which acquired title to an automobile. The Debtor is sole member of ABC Enterprises, LLC which owns a 1,500 square-foot commercial property containing as a tenant a waffle house restaurant.

### III. Reasons for Filing Chapter 11

The dramatic decline in the Debtor's practice, coupled with the steep decline in the value of his real estate holdings, has precluded the Debtor from making debt payments as they became due. Further, the Debtor was unable to finance the defense of an on-going medical malpractice claim, which also interfered with the Debtor's ability to properly run his practice.

### IV. List of Officers and Directors and Their Salaries and Benefits at Time of Filing and During the One Year Prior to Filing

Not applicable.

### V. Debtor's Annual Gross Revenues

Information concerning Debtor's income for the fiscal year that ended in 2009 has been requested from Debtor's accountant and will be supplied forthwith.

### VI. Amounts Owed to Various Classes of Creditors

The Debtor's principal secured creditor is SunTrust Mortgage which was owed $2,526,241.00 pertaining to a home mortgage at the time the Petition was filed, and SunTrust Bank which is owed $942,608.00 for a secured line of credit as of the date the Petition was filed. The other secured creditors are those that assert liens on vehicles. The Debtor's priority claims as the Petition date totaled approximately $1,300,000.00, which amount includes the claim of the Internal Revenue Service. The claims of unsecured creditors are currently under review.

### VII. General Description and Approximate Value of the Debtor's Current and Fixed Assets

The Debtor's assets consist primarily of his homestead property at 5054 Latrobe Drive Windermere, FL 34786, which has a current value of approximately $2,000,000.00, and his ownership interests in the above-described companies, which have total approximate value of $5,600,000.00.

### VIII. Number of Employees and Amounts of Wages owed as of Petition Date

Not applicable.

### IX. Status of Debtor's Payroll and Sales Tax Obligations

Not applicable.

### X. Anticipated Emergency Relief to be Requested within 14 days From the Petition Date

None.

WHEREFORE, the Debtor respectfully submits this as its Case Management Summary.

Dated this 1st day of June, 2010.

/s/ Ryan Mitchell
Ryan Mitchell, Esquire,
Attorney for the movant/debtor
430 Main Street
Windermere, Florida, 34786
Tel. 407-217-2957
Fax. 407-217-5026

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing CHAPTER 11 CASE MANAGEMENT SUMMARY, was electronically filed with the Clerk of the Bankruptcy Court on June 1, 2010 using the Bankruptcy Count's electronic filing system, which will send notification of electronic filing to all parties who have registered to receive notices from the Court.

    /s/ Ryan Mitchell
Ryan Mitchell, Esquire
Attorney for the Debtor